JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MICOLE GLEN,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　Respondent. | No. CV 24-7277-DDP(E)<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 3, 2024.

　　　　　　　　　　　　　　　　　　　　／s／ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE